No. 04–1477. JONES *v.* FLOWERS ET AL. Sup. Ct. Ark. Certiorari granted.

No. 04–1506. ARKANSAS DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. *v.* AHLBORN. C. A. 8th Cir. Certiorari granted.

No. 04–1528. RANDALL ET AL. *v.* SORRELL ET AL.;
No. 04–1530. VERMONT REPUBLICAN STATE COMMITTEE ET AL. *v.* SORRELL ET AL.; and
No. 04–1697. SORRELL ET AL. *v.* RANDALL ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 382 F. 3d 91.

No. 04–1544. MARSHALL *v.* MARSHALL. C. A. 9th Cir. Certiorari granted.

No. 04–1704. DAIMLERCHRYSLER CORP. ET AL. *v.* CUNO ET AL.; and
No. 04–1724. WILKINS, TAX COMMISSIONER FOR THE STATE OF OHIO, ET AL. *v.* CUNO ET AL. C. A. 6th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. In addition to the questions presented by the petitions, the parties are directed to brief and argue the following question: "Whether respondents have standing to challenge Ohio's investment tax credit, Ohio Rev. Code Ann. § 5733.33?" Reported below: 386 F. 3d 738.

No. 04–9728. SAMSON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

SEPTEMBER 29, 2005

No. 05–5565. DAVIS *v.* BROWN, WARDEN. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.